# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | BK NO. 18-03502 JJT |
| Michele A. Romano <br> & <br> Robert J. Romano <br>             Debtors | Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Ditech Financial LLC, as servicer for The Bank of New York Mellon Trust Company, N.A., as owner and holder of account/contract originated by The Bank of New York Mellon Trust Company, N.A., as Indenture Trustee of the GMACM Home Equity Loan-Backed Certificates, Series 2006-HE5 and index same on the master mailing list.

                                                  Respectfully submitted,

                                                  **/s/ James C. Warmbrodt, Esquire**
                                                  James C. Warmbrodt, Esquire
                                                  KML Law Group, P.C.
                                                  BNY Mellon Independence Center
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA 19106
                                                  215-627-1322