IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Robert J. Romano and Michele A. Romano,<br>    Debtors. | CHAPTER 7<br><br>BANKRUPTCY CASE NUMBER 18-03502/JJT |
| Nationstar Mortgage LLC d/b/a Mr. Cooper,<br>    Movant,<br>v.<br>Robert J. Romano and Michele A. Romano,<br>    Debtors,<br><br>John J. Martin, Esquire, Trustee,<br>   Additional Respondent. | 11 U.S.C. § 362 |

## CERTIFICATE OF NON-CONCURRENCE

    I hereby certify that on September 18, 2018, our office contacted counsel for the Debtor and the Trustee and we have not received concurrence from both parties.

    Respectfully submitted,

Dated: September 20, 2018

BY: /s/ Kevin S. Frankel
Kevin S. Frankel, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610)278-6800/ fax (847) 954-4809
PA BAR ID #318323
pabk@logs.com

S&D File #:18-060636