Certificate Number: 01721-PAM-DE-031627822

Bankruptcy Case Number: 18-03502


01721-PAM-DE-031627822

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 16, 2018, at 9:19 o'clock PM EDT, Robert Romano completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 17, 2018    By: /s/Sonja Coston

Name: Sonja Coston

Title: Counseling