Certificate Number: 01721-PAM-DE-031627831

Bankruptcy Case Number: 18-03502


01721-PAM-DE-031627831

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on September 16, 2018, at 9:19 o'clock PM EDT, Michele Romano completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  September 17, 2018    By:  /s/Sonja Coston

Name:  Sonja Coston

Title:  Counseling