```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                         Case No. 18-03502-JJT
Robert J. Romano                                               Chapter 7
Michele A. Romano
           Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: admin              Page 1 of 2          Date Rcvd: Dec 10, 2018
                              Form ID: 318             Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 12, 2018.
db/jdb         #+Robert J. Romano,   Michele A. Romano,    132 Davis Court,    Stroudsburg, PA 18360-7611
5098625         +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
5098628         +Citibank North America,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
                  St Louis, MO 63179-0034
5098629         +Citibank/Sears,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
5098630         +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                  St Louis, MO 63179-0034
5101735          Daimler Trust,   c/o BK Servicing, LLC,    PO Box 131265,   Roseville, MN 55113-0011
5098636         +First Bankcard,    P.O. Box 2557,   Omaha, NE 68103-2557
5098637         +First Commonwealth Fcu,    257 Brodhead Rd,    Bethlehem, PA 18017-8938
5098638         +Fnb Omaha,   1620 Dodge St,    Omaha, NE 68197-0003
5098640         +LendingClub,    Attn: Bankruptcy,    71 Stevenson St, Ste 1000,    San Francisco, CA 94105-2967
5098642         +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
5098643         +RBS Citizens Cc,    1 Citizens Dr.,    Ms: Rop 15b,   Riverside, RI 02915-3035
5098649         +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5098624         +EDI: AMEREXPR.COM Dec 11 2018 00:29:00      Amex,    Correspondence/Bankruptcy,   Po Box 981540,
                  El Paso, TX 79998-1540
5098626         +EDI: CAPIO.COM Dec 11 2018 00:29:00      Capio Partners Llc,    Attn: Bankruptcy,   Po Box 3498,
                  Sherman, TX 75091-3498
5098627         +EDI: CAPITALONE.COM Dec 11 2018 00:29:00      Capital One,    Attn: Bankruptcy,   Po Box 30285,
                  Salt Lake City, UT 84130-0285
5098631          EDI: WFNNB.COM Dec 11 2018 00:29:00      Comenity Bank/Bon Ton,    Attn: Bankruptcy Dept,
                  Po Box 18215,    Columbus, OH 43218
5098623          EDI: WFNNB.COM Dec 11 2018 00:29:00      Comenity-Bon Ton,    P.O. Box 659450,
                  San Antonio, TX 78265-9450
5098632         +EDI: WFNNB.COM Dec 11 2018 00:29:00      Comenitycapital/bjsclb,    Attn: Bankruptcy Dept,
                  Po Box 182125,    Columbus, OH 43218-2125
5098633         +EDI: WFNNB.COM Dec 11 2018 00:29:00      Comenitycapital/goodsa,    Attn: Bankruptcy Dept,
                  Po Box 182125,    Columbus, OH 43218-2125
5098634         +E-mail/Text: bankruptcy.bnc@ditech.com Dec 10 2018 19:45:16      Ditech,   Attn: Bankruptcy,
                  Po Box 6172,    Rapid City, SD 57709-6172
5098639         +E-mail/Text: bankruptcy@fult.com Dec 10 2018 19:46:03      Fulton Bank,    One Penn Square,
                  Lancaster, PA 17602-2853
5098641         +EDI: DAIMLER.COM Dec 11 2018 00:29:00      Mercedes-Benz Financial Services,    P.O. Box 685,
                  Roanoke, TX 76262-0685
5099382         +EDI: PRA.COM Dec 11 2018 00:28:00      PRA Receivables Management, LLC,    PO Box 41021,
                  Norfolk, VA 23541-1021
5098644         +EDI: CITICORP.COM Dec 11 2018 00:29:00      Shell/citi,    Attn: Bankruptcy Department,
                  701 60th St N,    Sioux Falls, SD 57104-0432
5098645         +EDI: RMSC.COM Dec 11 2018 00:29:00      Synchrony Bank,    Attn: Bankruptcy,   Po Box 965060,
                  Orlando, FL 32896-5060
5098646         +EDI: RMSC.COM Dec 11 2018 00:29:00      Synchrony Bank/Amazon,    Attn: Bankruptcy Dept,
                  Po Box 965060,    Orlando, FL 32896-5060
5098647         +EDI: RMSC.COM Dec 11 2018 00:29:00      Synchrony Bank/Lowes,    Attn: Bankruptcy Dept,
                  Po Box 965060,    Orlando, FL 32896-5060
5098648         +EDI: RMSC.COM Dec 11 2018 00:29:00      Synchrony Bank/Sams Club,    Attn: Bankruptcy Dept,
                  Po Box 965060,    Orlando, FL 32896-5060
5098635          EDI: USBANKARS.COM Dec 11 2018 00:28:00      Elan Financial Service,    Attn: Bankruptcy,
                  Po Box 5229,    Cincinnati, OH 45201
5098650         +EDI: WFFC.COM Dec 11 2018 00:28:00      Wells Fargo Jewelry Advantage,    Attn: Bankruptcy,
                  Po Box 10438,    Des Moines, IA 50306-0438
5098651         +EDI: CAPITALONE.COM Dec 11 2018 00:29:00      Worlds Foremost Bank N,    Attn: Bankruptcy,
                  4800 Nw 1st St,    Lincoln, NE 68521-4463
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5103620          Nationstar Mortgage LLC d/b/a Mr. Cooper,   8950 Cypress Waters Blvd, Coppell, Texas
cr*             +Daimler Trust,   c/o BK Servicing, LLC,   PO Box 131265,    Roseville, MN 55113-0011
cr*             +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                 TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 10, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., et
               al. bkgroup@kmllawgroup.com
              John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
              Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com
              Scott M. Amori    on behalf of Debtor 2 Michele A. Romano afr@epix.net,
               smamori@amoriandassociates.com
              Scott M. Amori    on behalf of Debtor 1 Robert J. Romano afr@epix.net,
               smamori@amoriandassociates.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Robert J. Romano** | Social Security number or ITIN xxx–xx–4063 |
| | First Name  Middle Name  Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | **Michele A. Romano** | Social Security number or ITIN xxx–xx–2475 |
| | First Name  Middle Name  Last Name | EIN __–_____ |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number:  5:18–bk–03502–JJT | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert J. Romano    Michele A. Romano

**By the court:**

December 10, 2018

Honorable John J. Thomas
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**